# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC CHRISTOPHER HALL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 10-0870 |
| GEORGE WAGNER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of October, 2010, upon consideration of Defendant George Wagner's Motion to Dismiss (Doc. No. 17), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and that Plaintiff's Complaint is dismissed without prejudice.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE